United States District Court
for the Central District of Illinois

To the Reader:
When sending money send only postal money orders, bank drafts, or cashiers check. Send no personal checks, payroll checks, or cash.
Do not send packages for delivery to inmate.

CHECKS AND MONEY ORDERS MUST BE MADE PAYABLE TO INMATE INDICATING FULL NAME AND INSTITUTION REGISTER NUMBER.

Second Copy 4-25-05

**FILED**
APR 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Copy

Name _____
Street _____
City _____ State _____

Register Number _____
Name of Sender _____
Pontiac, Illinois 61764
Date 4-26-05

03-1273

To Clerk
From Larry Young #B01435

Complaint

Medical Director A Funk, Judy Ellinger Director of Nursing, Warden Guy Pierce, Gary Ochwge Administrative Review Board, Roger E Walker Jr. Director Rod R Blagojevich is personally responsible as the Governor denied Medical Examination to cause "pain and punishment" Larry Young who diagnosed positive December 31 2004 with Tuberculosis a Coverup by exposure to a contagious lung disease to cause death defendant's denied Medical Examination after complaint Chest pain life threaten serious harm disregard that by deliberately indifference to serious Medical Tuberculosis test examination before or after Birthday 10-23-04 Chest pain Medical Director knowingly ignored Medical Director of Nursing knowingly ignored Director knowingly ignored the Governor knowingly ignored the need to Medical Examination until begins for test that substantial risk of imminent contagious disease cause irreparable harm defendants failing to to reasonable measures cause Isolate Coverup Tuberculosis denied Medical examination who had been diagnosed Schizophrenia with Broken arm

Larry Young #B01435
#-111



# DECATUR MEMORIAL HOSPITAL
2300 N. EDWARD STREET
DECATUR, ILLINOIS 62526

## PATIENT INFORMATION

| ACCOUNT NO. | | | | | | ACC. CODE | ROOM BED | UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| 0509000927 | | | | | | | - | 0000265701 |

| PAT. TYPE | D.O.B. | AGE | SEX | MS | PAT. CLASS | FC | RACE | SMOKER | DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| O/P | 10/23/55 | 49Y | M | S | | PP | 2 | UNK | 03/31/05 | 1423 |

### *** PATIENT DATA ***

YOUNG, LARRY
700 W LINCOLN ST POB 99
PONTIAC CORRECTIONAL
PONTIAC    IL  61764

HOME: (815)842-2816    WORK: (217)000-0000

S.S #: XXX-XX-4594

### *** EMERGENCY DATA ***

RELATIVE 1: WARDEN    S.S #: XXX-XX-
RELATION:   PIERCE, GUY
700 W LINCOLN ST POB 99
PONTIAC    IL  61764

HOME: (815)842-2816    WORK: (815)842-2816

RETIRE DATE:

### *** INSURANCE #1 ***

WEXFORD/PONTIAC CORR CENTER
PO BOX 16218

PITTSBURG    PA    15242-0218
PONTIAC COR

353504594
INS.CODE    PRE-ADM CERT.    VERIFY
872407

### *** GUARANTOR DATA ***

RELATION:  SELF
YOUNG, LARRY
700 W LINCOLN ST POB 99
D0000265701
PONTIAC    IL  61764

D.O.B. 10/23/55    S.S #: XXX-XX-4594
HOME: (815)842-2816    WORK: (217)000-0000

### *** INSURANCE #2 ***

Grp:

INS.CODE    PRE-ADM CERT.    VERIFY

### *** EMPLOYER ***

PATIENT:    GUARANTOR:
NONE        NONE

PONTIAC    IL    PONTIAC    IL
61764              61764
RETIRE DATE:    RETIRE DATE:

### *** MISCELLANEOUS ***

INS #3:
ALLERGIES:
ARRIVAL MODE:
ADM. SOURCE:
OCCUPATION: NONE
CHURCH: DENOMINATION CONFIDENTIA

### *** PATIENT MISC ***

ADM: VERMA, AJAY    PCP: FUNK, ARTHUR
REF: LARSON, DENNIS P
ATT: VERMA, AJAY
ACC: NO    ACC. DATE:    TIME:
ACCIDENT TYPE:    PUB:
SERVICE: PUL
ROUTING:    BY: VSG

ADMITTING DIAGNOSIS: PARATRACHEAL MASS
PARATRACHEAL MASS

COMMENTS:
LUNG CENTER/REG IN PERSON 033105

Advanced Directives: NAD    Organ Donor:



PATIENT COPY

