E-FILED
Tuesday, 10 May, 2005  11:45:39 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Larry Young B-01435** ) | **WRIT OF HABEAS CORPUS** | |
| Plaintiff ) | **AD TESTIFICANDUM** | |
| ) | | |
| **vs** ) | | |
| ) | **CASE NO. 03-1273** | |
| **Rod R Blagojevich, et al** ) | | |
| Defendant ) | | |

**TO:  THE WARDEN of** Pontiac Correctional Center at Pontiac, IL.

**WE COMMAND** that you produce the body of **Larry Young**, Register No. **B-01435**, who is in your custody at **10:15 a.m.** before the United States District Court on **Wednesday, May 25, 2005** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  5/10/05

/s/ John M. Waters
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___/s/ K. Burns_____
Deputy Clerk