**E-FILED**
Thursday, 23 June, 2005 11:52:33 AM
Clerk, U.S. District Court, ILCD

FILED

JUN 2 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LARRY YOUNG
   PLAINTIFF                                  03-1273

      VS                                              To Clerk

ROD BLAGOJEVICH et al          MEMORANDUM Legal Brief
   Defendants.                       Motion To Clarify

Now Come PLAINTIFF Larry young diagnosed with "Schizophrenic WITH "Broken ARM" was receiving (SSI) ["Supplement Security INCOME"] For Conditions In 1993 Administrative LAW Judge ("ALJ") Conducted a hearing An reviewed The evidence found The Severe Mental An Physical impairment which would prevent The PLAINTIFF's with "Broken ARM" From engaging in SubsTANTIAL Gainful Activity PLAINTIFF incapable To Show he had A "Serious" Medical need The defendants were deliberately indifferent To Those "Serious" Medical needs defendants Acted maliciously OR in reckless disregard of Those needs by failing To Take reasonable Measures To Abate VIOLATION of PLAINTIFF due process right place Around "Known Enemies" who "Broken ARM" didn't healed in 1998 Defendants denied The PLAINTIFF Access To Medical Care despite his Obvious "Broken ARM" Medical RADIOLOGICAL Report 6-10-99 FRACTURE line is STILL Visible, "Report OF CONSULTANT" "Radiolucent" line, So Obviously The "FRACTURE"

In 1992 Dr Panka, found that Plaintiff's did not heal. Plaintiff "must" Answer each of the following Questions. "incapable to Remember" All Retaliation Racial Racially motivate, Pain Arb.

(1) Rode Blagojevich "Governor" Personally Responsible, knew with a deliberate for reckless disregard of Plaintiff "serious" "Broken Arm" causing the Constitutional deprivation occurs at his direction with his knowledge and consent to Agreement

(2) Judy Ellinger Personally Responsible "director of Nursing" Fail her Responsibility for ensuring that Request Medical "serious" Condition Are responded (See Institutional Directive 04.03120. Infirmary Services) An Agreement at her direction with her knowledge and consent cause Pain and Punishment Since ("1991") Plan Secretly An Unlawful Act "deprivation"

(3) Adella Jordan-Luster "Asst Warden" "Knew" of the Actions of her Subordinates Making is for the violation of the Eighth Amendment, that is denial of proper Medical treatment for A serious Broken Arm Condition, deliberately and for the purpose of causing punishment and Pain, since 1991 An Join in Conspiracy failing to Treat Broken Arm

(4) Stephen Mote Personally Responsible "knew" Conduct as Warden, Formulates rules, regulation and policies pertaining to "employees" and inmates insures Compliance with Departmental Rule, AD. etc. Directs and evaluates Institutional Compliance with Depart, daily Schedules, and Service delivery to inmates, and Institutional programing ensures effective operation of the facility. ensures that Security measures Are followed by Staff makes changes and revisions as necessary Also

Going Since at least "1991 (5) Stephen MOTE
Warden Personal Responible denying proper
Medical Treatment For a "Serious" broken Arm
Chest Pain Condition deliberately And For purpose
of Cause Punishment And Pain The Conspiracy
which has been on going Since at least
1991 Defendant (6) Dr FUNK is Medical Director
PersonallyResponsible denying Proper Medical Treatment
For "Serious" Medical Condition deliberately And
For Purpose of Cause Punishment And Pain
The Conspiracy which has been on going since
at least 1991 (6) Rusky Allen Medical Technician
Defendant is Personally Responsible denying proper
Medical Treatment For a Serious Medical Condition,
deliberately and For purpose of Cause Punishment
And Pain The Conspiracy which has been on
going Since at Least 1991 (7) Defendant Roger
WALKER Warden is PersonallyResponsible denying
Proper Medical Treatment For a Serious Medical
Condition deliberately and for purpose of Cause
Punishment And Pain The Conspiracy which has
been on going Since at least 1991 " (8) The
Administrative Review Board racial And racially
bias Gov. BLAGOJEVICH And his puppet "ARB"
Board deny Grievances To All disabled
"Schizophrenic" § 504. 840 "Emergency Procedure"
Medical Issue Personal injury coverup
Assaulted By staff "Known Enemies" in Pontiac
Correctional Center " Lt. B. Dollas" Cause injury

(9) Many Grievance's propely and Timely Took each step in the Administrative process established by state procedures Larry young Plaintiff's Schizophrenic Unable to Remeber Recall Grievances File $504.840 Emergency

Plaintiff's Larry young diagnosed "Schizophrenic" with "Broken ARM" deform, And was "receiving SSI [Supplemental Security Income)] because of Them conditions Incapable To Response 1 - To 9 Incapable of Remembering what was file in the Complaint In Addition, The Plaintiff Incapable Total Two pages To provide Specific Information without Medical Records on file

Date 6-18-05                    Respectfully Smitted

                                    Plaintiff

                        CERTIFYCATE of SERVICE
On This eighteen day of June, I declare, Under The Pains And Penalties of perjury, That I Served The foregoing document on Lisa Madigan attorney All interested parties to this Action   by Mail Legal Mail Postage 100 W. Randolph Chicago Illinois Attorney General