UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

LARRY YOUNG
   PLAINTIFF
   VS
ROD. BLAGOJEVICH et al
   Defendants

FILED
JUN 3 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To Clerk
From Larry Young
B01435

## Response Case Management Order #1

Now Come Plaintiff Larry Young diagnosed as "Schizophrenic" with "Broken Arm" and was "receiving SSI [Supplemental Security Income]" because of the conditions In 1993, an Administrative Law Judge (ALJ) who conducted a hearing and reviewed the evidence found severe mental an physical impairment which would prevent Larry Young from engaging in substantial gainful activity inability to receiving proper medical treatment for "Broken Arm". Plaintiff "must" answer each of the following questions:

1) Defendant Rod Blagojevich Governor personally responsible for deprivation who in a position to knew but, through a conspiracy fail to provide proper medical care for Plaintiff's "Broken Arm" on going since 1991

(2) Defendant Judy Ellinger Director of Nursing Personally responsible for deprivation occurs at her direction with her knowledge and consent knew but, through a conspiracy fail to provide proper medical care for serious plaintiffs "Broken Arm"

(3) Defendant Adella Jordan-Luster Asst Warden Personally responsible for deprivation occurs at her direction with her knowledge and consent knew but, through a conspiracy fail to provide proper medical treatment for serious plaintiffs' "Broken Arm" since 1991.

(4) Defendant Stephen White Warden Personally responsible for deprivation occurs at his direction with his knowledge and consent knew but, through a ongoing conspiracy since 1991 fail to provide proper medical treatment for serious plaintiffs' "Broken Arm"

(5) Defendant Dr Funk Medical Director Personally responsible for deprivation in a position knew but, through a conspiracy of silence, fail to provide proper medical treatment to cause "Pain and "Punishment"

(6) Rusky Allen Personally responsible for deprivation in a position knew but, through a conspiracy since 1991 fail to provide proper medical treatment for serious plaintiffs Broken Arm

(7) Defendant Roger Walker IDOC Director Personally responsible for deprivation occurs at his

directors with his knowledge and consent knew but, through a conspiracy fail to provide proper medical treatment for "serious" Broken Arm. Since 1991, on going coverup (8) The defendants act of fail to act with a deliberate and reckless disregard causing the constitutional deprivation with there knowledge and consent cause pain and punishment this is "Cruel Unusual Punishment" Since 1991 between the time he was anesthetized for Broken Arm in 1999 and the time he awoke in recovery room with "deform" "Broken Arm" defendants was responsible "Broken Arm" that didn't heal

(9) Plaintiff file grievances, "Emergency Grievances" as Schizophrenic with Broken Arm incapable of remembering what the Warden denied for with Broken Arm

Respectfully Submitted
Larry Young Plaintiff Pro Se

E-FILED
Tuesday, 31 May, 2005 09:53:58 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LARRY YOUNG,
Plaintiff,

vs.                                              03-1273

ROD BLAGOJEVICH, et al.,
Defendants.

### CASE MANAGEMENT ORDER # 1

This cause is before the court for case management under Fed.R.Civ.P. 16. The plaintiff filed his complaint on August 20, 2003. On October 3, 2003, the court entered a deficiency order directing the plaintiff to provide the court with eight more copies of his complaint and service and summons forms for the defendants. On October 10, 2003, the court received service and summons forms for some of the defendants as well as some individuals who were not named as defendants. The plaintiff did not provide additional copies of his complaint.

The plaintiff has taken no further action to comply with the deficiency order and his case has stalled. This plaintiff has an extensive history as a litigator. He has filed no less than sixteen cases since 1998 including: 98-1393, *Young v. Gilmore*; 98-1407. *Young v. Edgar*; 98-2258, *Young v. Stevens*; 98-00228, *Young v. Skidmore*; 98-5690, *Young v. Stenver*; 99-1157, *Young v. Dhupelia*; 99-1199, *Young v. Gilmore*; 99-1217, *Young v. Dhupelia*; 99-1232, *Young v. Gilmore*, 99-00224;01-1407, *Young v Schomig*; 02-1408, *Young v. Burger*; 02-1418 *Young v. Gruber*; 03-1273, *Young v. Blagojevich*; 03-1362, *Young v. Birkel*; 04-1260, *Young v. Ahkemeyer*. The court observes that the current lawsuit seems duplicative of another lawsuit the plaintiff currently has pending before this court. [1]

In this case, the pro se plaintiff has filed pursuant to 42 U.S.C. §1983 claiming his constitutional rights were violated at Pontiac Correctional Center. The plaintiff has named seven defendants: Governor Rod Blagojevich; Director of Nursing Judy Ellinger; Assistant Warden Adella Jordan-Luster; Warden Stephen Mote; Medical Director Dr. Funk; Medical Technician Rusky Ailen; and Illinois Department of Corrections Director Roger Walker.

The plaintiff says he is a schizophrenic who has not received treatment for his broken arm. The plaintiff clearly is claiming that the defendants were deliberately indifferent to his serious medical needs. However, the plaintiff has provided no information that would indicate personal involvement by the named defendants

---

[1] 03-1262 *Young v. Birkel*, in which he claims he has been denied medical treatment for his arm and names five of the same seven defendants in the case before the court.

1

In addition, it is difficult to discern whether the plaintiff intends any other claims. He alleges that the grievance system is inadequate, that he has been harassed, and that somehow the medical co-payment system has covered up his denial of medical care. Again, the plaintiff provides no information to support a violation of his constitutional rights. Lastly, the plaintiff makes conclusory references to racial harassment, insufficient to establish a claim.

The court is concerned that many of the plaintiff's previous cases also claimed he was denied medical treatment for a broken arm. *See Young v. Gilmore*, 99-cv-1232; *Young v. Dhupelia*, 99-cv-1217; *Young v. Gilmore*, 99-1199; *Young v. Dhupelia*, 99-cv 1157. The court has repeatedly considered this issue and reviewed medical records demonstrating that the plaintiff has received on going care.

Finally, the plaintiff has failed to mark the portion of the complaint concerning exhaustion of administrative remedies, but has attached grievances to his complaint. None establish that the plaintiff has fully exhausted his administrative remedies.

The complaint is clearly inadequate. The Federal Rules of Civil Procedure require that the plaintiff submit "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). The Seventh Circuit has consistently noted that "the essential function of a complaint under the civil rules...is to put the defendant on notice of the plaintiff's claim." Ross Brothers Construction Co., Inc, v. International Steel Services, Inc. 2002 WL 413172 at 4 (7th Cir. 2002) quoting Davis v. Ruby Foods, Inc., 269 F.3d 818, 820 (7th Cir. 2001). The complaint fails to provide this notice.

Because the plaintiff appears pro se and alleges he is schizophrenic, rather than dismiss the case court will require the plaintiff to respond to the following questions in an attempt to expedite this case, clarify the claims and prevent duplicate filing. The plaintiff must answer each of the following questions:

1) How did Defendant Rod Blagojevich fail to provide medical care for the plaintiff's broken arm? On what date or dates did this occur?

2) How did Defendant Judy Ellinger fail to provide medical care for the plaintiff's broken arm? On what date or dates did this occur?

3) How did Defendant Adella Jordan-Luster fail to provide medical care for the plaintiff's broken arm? On what date or dates did this occur?

4) How did Defendant Stephen Mote fail to provide medical care for the plaintiff's broken arm? On what date or dates did this occur?

5) How did Defendant Dr. Funk fail to provide medical care for the plaintiff's broken arm? On what date or dates did this occur?

2

6) How did Defendant Rusky Allen fail to provide medical care for the plaintiff's broken arm? On what date or dates did this occur?

7) How did Defendant Roger Walker fail to provide medical care for the plaintiff's broken arm? On what date or dates did this occur?

8) You have claimed that the defendants failed to provide medical care for your arm, but are you claiming that the defendants violated your constitutional rights in some other way? If so, please clearly state what happened, who was involved and what day it happened.

9) Did you file a grievance concerning the claims in your complaint? If so, please state when you filed your grievance and when you appealed your grievance to the Administrative Review Board.

The plaintiff's response should be numbered from 1 to 9 with a specific answer to each of the nine questions. In addition, the plaintiff's total response should be no longer than two pages. The plaintiff must provide specific information that answers the questions asked. The plaintiff must provide this information to the court within 21 days of this order.

If the plaintiff fails to provide specific answers to the above questions within the 21 day time frame, his case may be dismissed in its entirety.

**IT IS THEREFORE ORDERED that:**

**1) The pending complaint is stricken as a violation of Rule 8 of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 8(a)(2).**

**2) In order to clarify the pro se plaintiff's claims and prevent duplicate filing, the plaintiff must answer the nine questions stated by the court. The plaintiff's response must follow the specific directions outlined by the court and must be filed within 21 days of this order. If the plaintiff fails to follow the court's direction or fails to meet this deadline, his case may be dismissed with prejudice.**

Entered this 26th day of May, 2005.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

3

# Saint James Hospital

610 East Water St. • Pontiac, Il. 61764
(815) 842-2828 • Fax (815) 842-4911

**PROCEDURE**

YOUNG, LARRY B01435
Dr. Pankaj/Dr. Manabat/Dr. Shrivastav/PCC
ADM  2-19-92
RM#  347-02

| | |
|---|---|
| DATE OF PROCEDURE | February 19, 1992 |
| SURGEON: | Dr. Pankaj |
| ASSISTANT: | Dr. Shrivastav. |
| PREOPERATIVE DIAGNOSIS: | Ununited fracture of the right ulna. |
| POSTOPERATIVE DIAGNOSIS: | Ununited fracture of the right ulna. |
| NAME OF PROCEDURE: | Plating of the right ulna along with bone grafting from the right iliac crest. |
| ANESTHESIA: | General. |

PROCEDURE: Under adequate general anesthesia, the patient was put in supine position on the operating table. The right hand, forearm, elbow and the arm up to tourniquet and the right iliac crest were prepped and draped under sterile conditions. After exsanguinating the right upper extremity up to the tourniquet, it was inflated to about 300 mm. of mercury mark. A dorsal incision was made over the posterior aspect of the forearm along the subcutaneous border of the ulna. It was deepened through skin superficial fascia. The deep fascia was divided. The fracture site was exposed. At the fracture site the patient was found to have a thick fibrous capsule formed around it. When the capsule was divided a serous fluid came out. All the fibrous tissue in between the fragments were removed. On examining the ends of the bone it was found that he has got quite a bit of sclerotic bone which plugged the medullary cavity in both fragments, that is proximal and distal. With the help of Rongeur all the sclerotic bones from the end of the bone were removed. The medullary cavity was reopened with the help of a drill in both directions. The tourniquet was deflated after about an hour. All the bleeders were cauterized. On removing the tourniquet it was also found that the end of the bone that is the distal end of the proximal fragment and the proximal one of the distal fragment showed some evidence of bleeding. At this time the wound was irrigated with antibiotic solution and then the right iliac crest was exposed about 2 inch proximal and lateral to the anterior superior iliac spine, about 2 1/2 inch long inch incision was made. It was deepened through skin superficial fascia. The deep fascia was divided. The bleeders were cauterized. The aponeurotic area of the lateral aspect of the iliac crest was incised and the outer table was exposed subperiosteally. With the help of an osteotome a window was made in the outer table of the iliac crest and then the cancellous bone grafts were removed. After getting sufficient amount of bone graft, the area was irrigated with antibiotic solution and then the outer table was put back again in the same position. The wound was closed in layers, that is the deep fascia was closed with 0 Vicryl suture in an interrupted manner after a medium size hemovac drain was put into the wound. Subcutaneous tissue was approximated with 2-0 Vicryl suture. The skin was closed with staples.

After thorough irrigation of the area of the fracture site, a 5 hole plate was used and then made parallel to the dorsal border of the ulna. It was anchored with five screws. After doing so the cancellous bone graft were packed at the fracture site in the whole circumference except where the plate was present. After doing so the deep fascia was closed with the help of 0 Vicryl suture in an interrupted manner and then subcutaneous tissue was approximated with the help of 4-0 Vicryl suture in a continuous running manner. Finally the skin was closed with ___. Dressing was done. The forearm and elbow was immobilized in a posterior POP ___.

___mated blood loss was about ___ iliac crest area. Patient R.R. under satisfactory condition___

___ne medium size hemovac drain was used for the ___ed the procedure well and was discharged to the

R. S. PANKAJ, M.D.

RSP/rms
D/2-19-92
T/2-19-92 2231

(815) 842-2828 • Fax (815) 842-4911

**DISCHARGE SUMMARY**

YOUNG, LARRY    B01435
DR. PANKAJ
ADM. 2-19-92
DIS. 2-21-92

**ADMITTING DIAGNOSIS:**    Herniated fracture of the right ulna.

**FINAL DIAGNOSIS:**    Herniated fracture of the right ulna.

**PROCEDURES:**    Plating of the right ulna and bone grafting.

**BRIEF HISTORY AND PHYSICAL EXAMINATION:** Larry is a 36 year old man who had a fracture of the right ulna about 2 1/2 months ago. He was put in a cast which was removed a few days ago. The patient was found to have separation of the fragment. He was brought to the hospital for plating and bone grafting procedure.

On physical examination, he is a 5'9" tall patient who weighed about 175 pounds. Vitals: Grossly normal. Lungs were clear. Heart revealed normal 1st and 2nd heart sounds without any murmur. He has a surgical scar over the right hip and left thigh. He has limited motions in the right hip area. Right forearm examination reveals a crepitus present in the middle of the right forearm on the posterior aspect. He had quite a bit of tenderness in that area. Circulation sensation looked grossly normal. Lab work up was essentially within normal limits.

**HOSPITAL COURSE:** The patient was taken to surgery on 2-19-92. The fracture was exposed. He was found to have marked sclerotic changes at the ends of the fracture. The sclerotic bones were removed. The plating was done and then the area was packed with bone chips. The patient's postoperative recovery was uneventful. He has total of 45 cc drainage in the hemovac drain in 24 hours. During the day today, he had only 5 cc of drainage. He was found to be afebrile.

**DISCHARGE PLAN:** The patient is going to be transferred to the Pontiac Correctional Center Infirmary where he will continue to receive IV antibiotic for one more day. He is getting Ancef 1 gram q 6 hours. Inject Demerol 75 mg and Vistaril 25 mg, both together IM q 4 to 6 hours prn, Tylenol #3 elixir 30 cc po q 4 to 6 hours prn, ascriptin 2 tablets po b.i.d. after meals. The patient can walk to the bathroom. Circulation and sensation of the fingers is to be watched. He needs to have a sling. The patient is going to be back on 2-26-92 at about 8:00 am in the ER of St. James Hospital where the cast and splint will be removed. The stitches will be removed and he will be put in a long arm cast again.

**PROGNOSIS:**    Guarded at the present time.

R. Pankaj, M.D. 

RP/sm
D/2-20-92
T/2-20-92 2059



OSF SAINT JAMES HOSPITAL
610 EAST WATER STREET
PONTIAC                    , IL 61764

Patient: YOUNG, B01435 LARRY          PT:O    SCU  SCU -01

Medical Record: 000000525914          Account:         436954

Admit Date: 02/25/99                              DOB: 10/23/955

SURGERY/PROCEDURE REPORT 36

PHYSICIAN (S):  Sinha / PCC

PREOPERATIVE DIAGNOSIS: Status post open reduction internal fixation with non- union ulna, right forearm.

POSTOP DIAGNOSIS: Status post open reduction internal fixation with non-union ulna, right forearm.

NAME OF PROCEDURE: Removal of hardware.
Open internal fixation of the ulna with compression plate.
Iliac bone graft. The bone graft taken from the left iliac crest.

SURGEON: Dr. Sinha

ASSISTANT: Dr. Shrivastav

BRIEF HISTORY: This 43 year old black male from PCC had a history of injury to right forearm. Subsequently he was treated by one of the local orthopedists and then finally he underwent plating of the ulnar and he ended up with a non-union. The operation was done several years ago. He has had a non-union for a long time. There is a large gap there and there is also a bone loss from the osteolysis and the bond fragment. It was decided to redo this.

Procedure: Patient was taken to OR under general anesthesia with a tourniquet on after usual aseptic draping an incision was given over the previous scar area. After going through the skin, superficial , fascia, and deep fascia. The fascia was exposed. It was a classical non-union. There was a lot of harvest tissue in the gap with a small amount of fluid also. It looked like the patient has formed a pseudocyst. Culture was taken from this area. All the scar tissue was removed. We cut the end of the bone with a saw until we had a nice healthy looking bone. We had a good position. Minimum dissection of the soft tissue was done. The medullary canal was open on both sides. There was no problem reducing the bone. We had a nice landmark for the posterior border.

A small incision was given over the left iliac crest area. After going through the skin, superficial fascia, and deep fascia, the iliac crest was exposed and then we took a cortical cancellous graft. We took the graft from the left iliac crest. Thorough irrigation was done. Compression secured. We also used bone wax in a gel form and a small hemovac. The wound was closed as usual in the iliac crest area. This bone graft was put in the fracture site and then we used the largest size plate we had, about 10 hole. We were able to have good stable fixation. Again some of the other bone was put over the entire area. We also used a Zimmer artificial Colograft, 6 strip, which was placed all around the fracture site. X-ray taken in the OR showed excellent alignment of the bone both in the AP and lateral plane. We were able to maintain the interspace and the alignment was very good. The tourniquet was

ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: Danville Corr Center

Inmate's Name: Young       B01435       Inmate's Number

| Date/Time | SOA | PLANS |
|---|---|---|
| | TEMPORARY PLACEMENT | |
| 8/19/98 8:30 | MD Note S) P/chart - fecal contamination on 8/16/98 in Seg from flooded toilet. O) fecal contamination | P) Igh 0.1 0.3 ai/k 1 nw RN 9am m |
| 8/19/98 0655 | O) NSC - SEEN IN SEG NO COMPLAINTS | S. Loftin |
| 8/20/98 0800 | O) NSC - SEEN IN SEG NO COMPLAINTS | S. Loftin |
| 8/21/98 1030 | To have X-Ray on R arm. MD NOTE Weekly SEG Visit No Complaints | |
| 8/21/98 1230p | O) Xray R forearm ordered | P) Xray done S RT.CRC |
| 8/21/98 0800 | NSC - SEEN IN SEG NO COMPLAINTS | Lynn Siegel |

7147 IL 426-0017 P-148 (Rev 08/90)

E:\J\PROGNOTE

Date of Clinic: 4/14/99

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**
**PONTIAC CORRECTIONAL CENTER**

**REQUEST FOR CONSULTATION - REPORT OF CONSULTATION**

Inmate's Name: Larry Young          Inmate's Number: B01435

Consultant's Name: DR. SINHA

Consult Requested By:          Date:          URGENT  ( ) Yes  ( ) No

Reason for Consult: ( ) Evaluation  ( ) Management

---

### REPORT OF CONSULTANT

**FINDINGS:** THIS IS ABOUT SIX WEEKS POST-OP O.R.I.F. ILIAC BONE GRAFT NON-UNION ULNA RIGHT SIDE.

**ASSESSMENT:** CAST WAS REMOVED REVEALING LOOSE          REPEAT X-RAY, VERY MINIMAL CALLUS. A few    ~~IS THERE A~~ CAST WAS APPLIED.

**RECOMMENDATIONS/PLANS:** WE WILL REPEAT THE X-RAY IN SIX WEEKS.

Date: 5/19/99                                    U. K. Sinha, M.D.

---

**FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:**

(✓) I have reviewed the recommendations contained in this report and approve them.

( ) I have reviewed the recommendations and disapprove or choose to revise them for the following reasons.

Date: 6/10/99                                    Dr. Arthur Funk, Acting Medical Director

MAY

DC 7105-A1 (REV. 01/89)
N 428-0027

Date of Clinic: 6/9/99

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
PONTIAC CORRECTIONAL CENTER

REQUEST FOR CONSULTATION - REPORT OF CONSULTATION

Inmate's Name: LARRY YOUNG    Inmate's Number: B01435 ~~B01135~~

Consultant's Name: DR. SINHA

Consult Requested By:    Date:    URGENT ( ) Yes ( ) No

Reason for Consult:
( ) Evaluation
( ) Management

## REPORT OF CONSULTANT

**[FI]NDINGS:** THIS IS ABOUT THREE MONTHS POST-OP COMPRESSION PLATING AND BONE GRAFTING FOR A NON-UNION ULNA ON THE RIGHT SIDE.

**ASSESSMENT:** I REMOVED THE CAST TODAY. WE WILL TAKE AN X-RAY. I CAN STILL SEE THE FRACTURE LINE. THIS IS NOT COMPLETELY HEALED, ALTHOUGH, THE PATIENT IS Clinically A SYMPTOMATIC I CALLED PHYSICAL THERAPY AT ST. JAMES HOSPITAL. WE WILL MAKE A CAST BRACE. WE WILL REPEAT THE X-RAY IN TWO MONTHS. THE PATIENT WAS TOLD NOT TO DAY ANY KIND OF EXTENSIVE PHYSICAL ACTIVITY AT ALL, OTHERWISE THE PLATE WILL BREAK AND WE WILL HAVE TO DO IT ALL OVER AGAIN. IN TWO MONTHS, IF IT DOES NOT FORM ENOUGH CALLUS, THEN I WILL HAVE TO CONSIDER ~~ELECTO-SUPINATION~~. Electric Bone Stimulator or ultrasound

**RECOMMENDATIONS/PLANS:** RETURN IN TWO MONTHS.

Date: 7/14/99    U. K. Sinha, M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I have reviewed the recommendations contained in this report and approve them.

( ) I have reviewed the recommendations and disapprove or choose to revise them for the following reasons.

Date: 6-23-99    Dr. Arthur Funk, Acting Medical Director



DC 7195-A1 (REV. 01/89)
B 426-0027

Date of Clinic: 8/11/99

**STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS**
**PONTIAC CORRECTIONAL CENTER**

**REQUEST FOR CONSULTATION – REPORT OF CONSULTATION**

Inmate's Name: Larry Young   Inmate's Number: ~~B1435~~ B01435

Consultant's Name: DR. SINHA

Consult Requested By: ___   Date: ___   URGENT ( ) Yes ( ) No

Reason for Consult: ( ) Evaluation ( ) Management

## REPORT OF CONSULTANT

**FINDINGS:** This is about six months post-op compression plate with iliac bone graft for non-union ulna on the right side.

**ASSESSMENT:** The patient was seen the last time in the office two months ago and at that time he was <u>acquainted</u> for the cast brace after removal of the cast. The cast brace was approved by the company but for some reason he did not get it yet. We tried to arrange the cast brace again through the physical therapy at St. James Hospital. We do not have a x-ray technician today so we would like to have a repeat x-ray of the right forearm which we will do next clinic.

**RECOMMENDATIONS/PLANS:** 1) ~~Please have the cast brace as soon as possible.~~ 2) Please have the x-rays done next week and then I will see him in the next Orthopedic Clinic.

Consider Cast Brace or Cast

Date: 8/25/99   _____ U. K. Sinha, M.D.

**FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:** Disc Cast or Brace after x-rays

(✓) I have reviewed the recommendations contained in this report and approve them.

( ) I have reviewed the recommendations and disapprove or choose to revise them for the following reasons.

Date: 8/25/99   _____ Dr. Arthur Funk, Acting Medical Director

AUG 1999

DC 7105-A1 (REV. 01/88)
#426-0027

## CERTIFICATE OF SERVICE

I Larry Young diagnosed Schizophrenic with Broken Arm hereby certifies that he served a copy Response Case Management Order #1 with Medical Consultant Progress Note upon Lisa Madigan Attorney General of Illinois 100 West Randolph Street 12th fl Chicago Illinois 60601

Larry Young #B01438
Pontiac Correctional Center
P.O. Box 99 700 W Lincoln St
Pontiac Illinois 61764

*(signature)* B01438
Date 6-24-05