# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Larry Young**

     vs.                    Case Number:   **03-1273**

**Rod R Blagojevich; RN Judy Ellinger;
Adella Jordan-Luster;** Stephen D Mote;
Dr Funk; Rusky J Allen; and Roger Walker

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice pursuant to 28 U.S.C.§1915A and Rule 8 of the Federal Rules of Civil Procedure. The parties are to bear their own costs.

ENTER this 15th day of February, 2006

JOHN M. WATERS, CLERK

\_\_\_\_s/M. Leininger\_\_\_\_\_
BY: DEPUTY CLERK