United States District Court
Central District of Illinois

Larry Young,
   Plaintiff

vs

Rod R. Blagojevich; Director of Nursing RN Judy Ellinger; Abella Jordan-Luster; Stephen Dwote; Dr Funk Medical Director; CMT Rusky J Ellen and Roger Walker Director
   Defendants

03-1273

**FILED**

FEB 2 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Notice of Appeal

Notice is hereby given that Larry Young, hereby appeal to the United States Court of Appeals for the Seventh Circuit from order entered in this action on the day of 15th February, 2006

(s) Larry Young
P.O. Box 99  700 W Lincoln St
700 W Lincoln St
Pontiac Illinois 61764

Opposing Cansel Lisa Matigan
Court of Appeals for the 7th Circuit

IN THE
United States District Court
Central District of Illinois

**FILED**
FEB 2 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Larry Young )
Plaintiff, )
)
) Case No. 03-1273
v. )
)
Rod R. Blagojevich et al )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: Lisa Madigan Attorney General 100 West Randolph Street Chicago Illinois

TO: United States District Court Central District of Illinois

PLEASE TAKE NOTICE that on __February 23__, 2006, I have placed the documents listed below in the institutional mail at __Pontiac__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Notice of Appeal__
__Motion for Reconsideration Also Order__
__Enter 2-10-06 Order 2-15-06__.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-23-06

/s/ [signature]
NAME: Larry Young
IDOC#: B01435
Pontiac Correctional Center
P.O. BOX 99
Pontiac, IL 61764

Revised Oct 2002

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: 2-23-06

Name (print): Larry Young   I.D. No.: B01436   Housing Unit: N-343

Please pay to: SCHOOL DIST. #428
Address: PONTIAC C.C. LIBR
City: _____ State: _____ Zip: _____

The sum of Three dollars and ____ cents

and charge to my account, for 76

☐ APPROVED
☐ NOT APPROVED

_____ B01435
Inmate Signature           ID No.

_____   _____
Assistant Warden/Superintendent/Designee   Witness

### REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

_____
Inmate Signature

ID No. _____

### FOR TRUST FUND USE ONLY

Trust Fund Balance            $ _____
Less amount of payment        $ _____
Current balance after payment $ _____

Check No. _____ Date _____

Business Office

### REQUEST FOR PAYMENT OF POSTAGE

Postage requested
in the amount of _____ dollars _____ cents

☐ Postage Paid

### FOR JUVENILE DIVISION USE ONLY

Received by: _____ _____
              (Staff)          Date

Received by: _____ _____
              (Youth)         Date

DC 828 (09/91)                IL 426-0207