## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of IL          Docket No.: 03-1273

Division: Peoria

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Larry Young          v.          Rod R. Blagojevich, et al.

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Larry Young, B01435, Pro Se          Name: Unknown

Firm: Pontiac Correctional Center          Firm:

Address: P O Box 99          Address:

Pontiac, IL  61764

Phone: (815)842-2816          Phone:

---

Judge: Harold A. Baker          Nature of Suit Code:  555

Court Reporter: Toni Judd          Date Filed in District Court:  8/20/03

Date of Judgment: 2/15/06

Date of Notice of Appeal: 2/27/06

Counsel:   ___Appointed     ___Retained   _X__Pro Se

Fee Status:    ___Paid     _X__Due       ___IFP       ___IFP Pending       ___U.S.       ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:       ___Yes       __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**