E-FILED
Thursday, 02 March, 2006  11:26:44 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

FILED

MAR - 2 2006

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:    06-1586                    Docketed on: 2/27/06
Short Caption:          Young, Larry v. Blegojevich, Rod
District Court Judge:   Harold A. Baker
District Court No.:     03 C 1273

If you have any questions regarding this appeal, please call this office.

(1003-012490)