# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

FILED

MAR 29 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date:  March 27, 2006

By the Court:

No. 06-1586

LARRY YOUNG,
        Plaintiff - Appellant

v.

ROD R. BLAGOJEVICH, Governor, JUDY ELLINGER, Director of Nursing, ADELLA JORDAN-LUSTER, Assistant Warden of Programs, et al.,
        Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois, 100 N.E. Monroe Street
No. 03 C 1273, Harold A. Baker, Judge


    The pro se appellant has failed to pay the required fee as directed in this court's 2/27/06 fee letter. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $255 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b).


(1256-PLRA(r)-082499)


A True Copy:
Teste:

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

**FILED**
**MAR 29 2006**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE: March 27, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL 61602

FROM: Gino J. Agnello, Clerk

RE: 06-1586
Young, Larry v. Blegojevich, Rod
03 C 1273, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:     Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____          _____
(1202-052495)                         Deputy Clerk, U.S. District Court