# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

**Larry Young**

    vs.                                                                                                  Case Number:   **03-1273**

**Blagojevich, et al.**

### ORDER

      Pursuant to the **3/27/06** mandate, in appellate case number **06-1586**, from the United States Court of Appeals, Seventh Circuit **[19]**, the agency having custody of the plaintiff, **Larry Young,** is directed to remit the appellate docketing fee of $255 from his prison trust fund account if such funds are available. If he does not have $255 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $255 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 29th day of March, 2006.

                                                      \_\_\_s/Harold A. Baker_____
                                                        HAROLD A. BAKER
                                                        U.S. District Judge