E-FILED
Thursday, 06 April, 2006 12:50:41 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

FILED
APR - 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Larry Young,
   Plaintiff

   vs                                    03-1273

Blagojevich, et al
   Defendants


## Notice of Appeal

Notice is hereby given that Larry Young hereby Appeal to the United States Court of Appeals for the Seventh Circuit from Order entered in this Action on the 29th day of March, 2006

/s/ Larry Young

P.O Box 99  700 w Lincoln st
Pontiac Illinois  61764

Opposing Counsel
Lisa Madigan
Court of Appeals 7th

# CERTIFICATE of SERVICE

On this Fourth day of April, 2006 I declare under the pains and penalties of perjury, that I served the foregoing document on All interested parties to this Action by First Class Mail postage prepaid upon Lisa Madigan Office of the Attorney General 100 W. Randolph Street Chicago Illinois

Larry Young
Pro Se

Larry Young #B01436
Pontiac Correctional Center
P.O. Box 99  700 W Lincoln St
Pontiac Illinois 61764

To Rod R Blagojevich Governor
From Larry Young #B01435
Pontiac Correctional Center
Date 4-4-06

Dear Governor Rod R. Blagojevich

Enclosed please find the request for proper Medical respond reasonably to health problem Willard O. Elyea M.D. Agency Medical Director stopped the "treatment" for Chest Pain Tumor deterioration and Pain was hard to ignore by Dennis Larson MD Medical Director on February 28 2006 I was send to UIC in Chicago without any Medical treatment for Pain without "Medical Record" intentionally deny and delay access to proper Medical Care intentionally interfer pulmonary Consultation Center prescribed causing more Pain and making my condition "Worse" they officials could have send my record but refused to show the specialist a particular problem cause Pain Any assistance you can give will be appreciate "Generously" very generously (attach Memorandum)

Sincerely
Larry Young #B01435
4-4-06



**Illinois
Department of
Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pontiac Correctional Center / 700 West Lincoln Street, P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

MEMORANDUM

DATE:     March 25, 2006

TO:       Larry Young  B01435         N-05-43

FROM:     Dennis Larson MD, Medical Director

SUBJECT:  Your Recent Letter, Dated 03-22-06

I am responding to your recent letter dated 03-22-06.

You relate in this letter that you were requesting medication for pain. You followed the usual procedure and on 3-23-06 the Med Tech evaluated you and placed you on the MD Sick Call. You were seen by the doctor on 3-25-06 and your concern was addressed.

Medical concerns are to be directed to your cell house Med Tech who will evaluate you for treatment or refer you if appropriate. Alternatively, you may send a yellow 'Medical Request' slip to the healthcare unit administration requesting medical services.

Offender File
File



**Illinois
Department of
Corrections**

ROD R. BLAGOJEVICH
Governor

Roger E. Walker Jr.
Director

James R. Thompson Center / 100 W. Randolph Street / Suite 4-200 / Chicago, IL 60601 / Telephone: (312) 814-3017 / TDD: (800) 526-0844

February 15, 2006

Mr. Larry Young
Register No. #B-01435
Pontiac Correctional Center
700 West Lincoln Street
P. O. Box 99
Pontiac, Illinois 61764

Dear Mr. Young:

Your letter to the Governor's Office of Citizen's Assistance was forwarded to the Illinois Department of Corrections and then my office for review and response. I reviewed your medical record with the medical director at Pontiac Correctional Center where you are currently housed. Your medical care dating back to January 18, 2005 has actually been dictated by the pulmonary center where you went for consultation. You have had subsequent scans as ordered and at the present time you are being followed in the clinic at Pontiac for your concerns.

Your medical care was well within reasonable and acceptable standards and I trust this memo has been responsive to your concerns.

Sincerely,

Willard O. Elyea, M.D.
Agency Medical Director
Illinois Department of Corrections

WOE: dva

cc:   File
      Chron



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## MEMORANDUM

DATE:    February 1, 2005

TO:      Larry Young
         B-01435  H-111

FROM:    Guy D. Pierce
         Warden

SUBJECT: Grievance

Your recent letter to Deputy Director Orr has been forwarded to my office for review and a response. You stated that you filed an emergency grievance concerning your medical treatment for tuberculosis. This grievance was determined not to fit the criteria for an emergency grievance and was sent back to you. As you have now forwarded your grievance to the Grievance Office, it would be inappropriate for me to comment on the issue until the grievance process has been completed.

I trust this is response to your letter.

GDP: dad

xc:   Master File
      File