## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of IL              Docket No.: 03-1273

Division: Peoria

### *Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)*

Larry Young                    v.    Blagojevich, et al.

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Larry Young, B01435 | Name: Unknown |
| Firm: Pontiac Correctional Center | Firm: |
| Address: P O Box 99 | Address: |
| Pontiac, IL  61764 | |
| Phone: (815) 842-2816 | Phone: |

---

Judge: Harold A. Baker                Nature of Suit Code:  555

Court Reporter: Toni Judd             Date Filed in District Court:  8/20/03

                                      Date of Judgment: 2/15/06

                                      Date of Notice of Appeal:  4/6/06

Counsel:   ___Appointed        ___Retained    _x_Pro Se

Fee Status:   ___Paid    _x_Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _x_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**