UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| GINO J. AGNELLO | 219 SOUTH DEARBORN STREET | | TELEPHONE |
| CLERK | CHICAGO, ILLINOIS 60604 | | (312) 435-5850 |

FILED

APR 10 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing


The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:


Appellate Court No.:   06-1973                 Docketed on: 4/6/06
Short Caption:         Young, Larry v. Blagojevich, Rod
District Court Judge:  Harold A. Baker
District Court No.:    03 C 1273


If you have any questions regarding this appeal, please call this office.

(1003-012490)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: April 6, 2006

By the Court:

No. 06-1973

LARRY YOUNG,
        Plaintiff - Appellant

v.

ROD R. BLAGOJEVICH, Governor, JUDY ELLINGER, ADELLA JORDAN-LUSTER, et al.,
        Defendants - Appellees


Appeal from the United States District Court for the Central District of Illinois, 100 N.E. Monroe Street
No. 03 C 1273, Harold A. Baker, Judge

    The pro se appellant has on three or more occasions had an action or appeal in a court of the United States dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief could be granted. Pursuant to 28 U.S.C. Section 1915(g) appellant may not proceed in forma pauperis. Accordingly,

    **IT IS ORDERED** that the pro se appellant pay the required $255 fees to the clerk of the district court by no later than 4/20/06 or this appeal will be dismissed pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that all other proceedings in this appeal are **SUSPENDED** pending payment of the fees. The appellant is reminded that "unpaid docket fees incurred by litigants subject to Section 1915(g) lead straight to an order forbidding further litigation." See Sloan v. Lesza, 181 F.3d 857, 859 (7th Cir. 1999).

(1255-100898)