# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**Larry Young, B01435**

vs.                                                                 Case Number:    **03-1273**

**Rod R. Blagojevich, et al.**

## ORDER

    Pursuant to the **4/28/06** mandate, in appellate case number **06-1973**, from the United States Court of Appeals, Seventh Circuit **[24]**, the agency having custody of the plaintiff, **Larry Young,** is directed to remit the appellate docketing fee of $255 from his prison trust fund account if such funds are available.  If he does not have $255 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $255 is paid in its entirety.  The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 1st day of May, 2006

                                         _s/Harold A. Baker_____
                                          HAROLD A. BAKER
                                          U.S. District Judge