E-FILED
Monday, 14 August, 2006  02:00:44 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

Larry Young
  Plaintiff
vs
Rod R. Blagojevich, Governor
Judy Ellinger, Director of Nursing
Adella Jordan-Luster, Assistant Warden et al
  Defendants

FILED
AUG 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

03-1273

## Notice of Appeal

Notice is hereby given that Plaintiff Larry Young. hereby Appeal to the United States Court of Appeals For the Seventh Circuit from order entered in this Action on the day of 4th August, 2006.

Opposing Counsel
Lisa Madigan
Court of Appeals 7th

[signature: Larry Young]
P.O Box 99  700 W Lincoln St
Pontiac Illinois 61764
Date 8-10-06