## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois         Docket No.: 03-1273

Division: Peoria

**Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)**

Larry Young                v.       Blagojevich, et al.

---

**Current Counsel for Plaintiff (Petitioner):**         **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Larry Young, B01435                    Name: Unknown

Firm: Pontiac Correctional Center            Firm:

Address: P O Box 99                          Address:

Pontiac, IL  61764

Phone: (815) 842-2816                        Phone:

---

Judge: Harold A. Baker                       Nature of Suit Code:  555

Court Reporter: Toni Judd                    Date Filed in District Court:  8/20/03

                                             Date of Judgment: 2/15/06

                                             Date of Notice of Appeal: 8/14/06

Counsel:   ___Appointed       ___Retained   _X__Pro Se

Fee Status:   ___Paid    _X__Due    ___IFP    __IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**