UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| CLERK OF THE COURT | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |
|---|---|---|

**FILED**

AUG 1 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:  06-3194              Docketed on: 8/14/06
Short Caption:        Young, Larry v. Blagojevich, Rod R.
District Court Judge: Harold A. Baker
District Court No.:   03 C 1273

If you have any questions regarding this appeal, please call this office.

(1003-012490)