E-FILED
Tuesday, 19 September, 2006 01:33:00 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

Larry Young
  vs
Rod R. Blagojevich Governor
Judy Ellinger Director of Nursing
Adella Jordan-Luster Asst Warden of
Program et al

Case No 03-1273




FILED
SEP 19 2006
JOHN M. WATERS, Clerk
U.S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Notice of Appeal

Notice is hereby given that Larry Young hereby Appeal to the United States Court of Appeals For The Seventh Circuit From ORDER entered in This Action on The day of 8th of September, 2006

Opposing Counsel Lisa Madigan
Court of Appeals 7th Circuit

[signature: Larry Young]
Pontiac Correctional Center
P.O Box 99 700 W Lincoln
Pontiac Illinois 61764
Pro Se

# Certificate of Service

03-1273

On this fifteen day of September 2006, I declare under the pains and penalties of perjury, that I served the foregoing document's on all interested parties to this action Impoverished to remit Order by first class Legal Mail Postage Only upon Lisa Madigan Attorney General of Illinois 500 South Second St Springfield Illinois 62706

Larry Young #B01435
Pontiac Correctional Center
P.O Box 99 700 W Lincoln St
Pontiac Illinois 61764

[signature]
9-15-06
Pro se

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 08 September, 2006 02:37:13 PM
Clerk, U.S. District Court, ILCD



**Larry Young**

vs.   Case Number: **03-1273**

**Blagojevich, et al.**

### ORDER

Pursuant to the **9/6/06** mandate, in appellate case number **06-3194**, from the United States Court of Appeals, Seventh Circuit **[31]**, the agency having custody of the plaintiff, **Larry Young,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 8th day of September, 2006

_____s/Harold A. Baker_____
HAROLD A. BAKER
U.S. District Judge