## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois					Docket No.: 03-1273

Division: Peoria

### *Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)*

Larry Young					v.	Rod R. Blagojevich, et al.

---

**Current Counsel for Plaintiff (Petitioner):**		**Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Larry Young, B01435				Name: Unknown

Firm: Pontiac Correctional Center			Firm:

Address: P O Box 99					Address:

Pontiac, IL  61764

Phone: (815) 842-2816					Phone:

---

Judge: Harold A. Baker					Nature of Suit Code:   550

Court Reporter: Toni Judd				Date Filed in District Court:  8/20/2003

								Date of Judgment: 2/15/06

								Date of Notice of Appeal: 9/19/06

Counsel:  ___Appointed        ___Retained    __X_Pro Se

Fee Status:   ___Paid       __X_Due       ___IFP       ___IFP Pending       ___U.S.       ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**