# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: September 19, 2006

By the Court:

No. 06-3506

LARRY YOUNG,
         Plaintiff - Appellant

  v.

ROD R. BLAGOJEVICH, Governor, JUDY ELLINGER, ADELLA JORDAN-LUSTER, et al.,
         Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 1273, Harold A. Baker, Judge

    The pro se appellant has on three or more occasions had an action or appeal in a court of the United States dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief could be granted.  Pursuant to 28 U.S.C. Section 1915(g) appellant may not proceed in forma pauperis.  Accordingly,

    **IT IS ORDERED** that the pro se appellant pay the required $455 fees to the clerk of the district court by no later than 10/3/06 or this appeal will be dismissed pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that all other proceedings in this appeal are **SUSPENDED** pending payment of the fees.  The appellant is reminded that "unpaid docket fees incurred by litigants subject to Section 1915(g) lead straight to an order forbidding further litigation."  See <u>Sloan v. Lesza</u>, 181 F.3d 857, 859 (7th Cir. 1999).

(1255-100898)