E-FILED
Tuesday, 10 October, 2006  02:45:28 PM
Clerk, U.S. District Court, ILCD

United States District Court

Central District of Illinois

RECEIVED

OCT 1 0 2006

Larry Young

Plaintiff

VS

Rod Blagojevich et al

Defendants.

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

03-1273

FILED

OCT 1 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Notice Of Appeal

Notice is hereby given that Plaintiff Larry Young, hereby Appeal to the United States Court of Appeals For the Seventh Circuit From Orders entered in this Action on the 2nd day of October 2006

Larry Young

Pontiac Correctional Centre
P.O. Box 99  700 W Lincoln St
Pontiac Illinois 61764

Lisa Madigan opposu Counsel
Attorney General of Illinois
Court of Appeals For the
7th Circuit