# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: October 10, 2006

By the Court:

No. 06-3722

LARRY YOUNG,
              Plaintiff - Appellant

  v.

ROD R. BLAGOJEVICH, Governor, JUDY ELLINGER, ADELLA
JORDAN-LUSTER, et al.,
              Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 1273, Harold A. Baker, Judge

      The pro se appellant has on three or more occasions had an action or appeal in a court of the United States dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief could be granted. Pursuant to 28 U.S.C. Section 1915(g) appellant may not proceed in forma pauperis. Accordingly,

      **IT IS ORDERED** that the pro se appellant pay the required $455 fees to the clerk of the district court by no later than 10/24/06 or this appeal will be dismissed pursuant to Circuit Rule 3(b).

      **IT IS FURTHER ORDERED** that all other proceedings in this appeal are **SUSPENDED** pending payment of the fees. The appellant is reminded that "unpaid docket fees incurred by litigants subject to Section 1915(g) lead straight to an order forbidding further litigation." See Sloan v. Lesza, 181 F.3d 857, 859 (7th Cir. 1999).


(1255-100898)