E-FILED
Thursday, 02 November, 2006 12:54:37 PM
 Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**FILED**
NOV 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date:  October 31, 2006

By the Court:

No. 06-3722

LARRY YOUNG,
          Plaintiff - Appellant

v.

ROD R. BLAGOJEVICH, Governor, JUDY ELLINGER, ADELLA JORDAN-LUSTER, et al.,
          Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 1273, Harold A. Baker, Judge

    The pro se appellant has failed to pay the required fee as directed in this court's 10/10/06 fee letter. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b).

(1256-PLRA(r)-082499)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

**FILED**
NOV 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE:   October 31, 2006

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602

FROM:   Clerk of the Court

RE:     06-3722
        Young, Larry v. Blagojevich, Rod
        03 C 1273, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:        Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____              _____
(1202-052495)                             Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**FILED**
NOV 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: October 31, 2006

By the Court:

No. 06-3722

LARRY YOUNG,
          Plaintiff - Appellant

v.

ROD R. BLAGOJEVICH, Governor, JUDY ELLINGER, ADELLA JORDAN-LUSTER, et al.,
          Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 1273, Harold A. Baker, Judge

    The pro se appellant has failed to pay the required fee as directed in this court's 10/10/06 fee letter. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b).

(1256-PLRA(r)-082499)