# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**Larry Young**

    vs.                                                                 Case Number:   **03-1273**

**Blagojevich, et al.**

## ORDER

    Pursuant to the **10/31/06** mandate, in appellate case number **06-3722**, from the United States Court of Appeals, Seventh Circuit **[45]**, the agency having custody of the plaintiff, **Larry Young,** B01435, is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 2nd day of November, 2006

                                    ___s/Harold A. Baker_____
                                          HAROLD A. BAKER
                                          U.S. District Judge