E-FILED
Wednesday, 15 November, 2006 08:09:26 AM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

Larry Young,
  Plaintiff
vs

Rod Blagojevich, Governor,
Judy Ellinger, Adella Jordan-Luster et al
  Defendants

03-1273

**FILED**
NOV 14 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion For ReCall Mandate Rule 41

Now Come The Plaintiff Larry Young had been diagnosed "Schizophrenic" And was receiving SSI (Supplemental Security Income) with "Broken Arm" This Court Failed to take Sufficient Consideration of the Mental State and Institutionalization of the Plaintiff and his Action and inability to Pay File fees or Control his Actions Pursuant to the 10-26-06 Mandate, in Appellate Case Number 06-3506 From The United States Court of Appeals Seventh Circuit The Agency having punitive measures already taken Against The Plaintiff Internally Around "Known Enemies" in The Illinois Department of Corrections docketing fee unduly harsh and punitive of $455

ORAL ARGUMENT REQUESTED

## Conclusion

For the reason set forth This Court Should Stays the Mandate until disposition of Motion Plaintiff Prays That The Court reconsider And Modify And lessen docketing Fee of $455 who "Cannot Pay" entered In This Cause, with Such other And Further orders as May be proper and Just

Respectfully Submitted

*Larry Young*
Pro Se

11-9-06

Larry Young #B01435
Pontiac Correctional Center
P.O BOX 99  700 w Lincoln St.
Pontiac Illinois 61764