United States District Court
Central District of Illinois

Larry Young
vs

Rod R. Blagojevich, Governor,
Judy Ellinger, Adella Jordan-Luster et al
Defendants

03-1273

# Notice of Appeal

Notice is hereby given that Larry Young, hereby Appeal to The United States Court of Appeals For The Seventh Circuit From Mandate Order entered in this action on day of 31st October, 2006

c:
Opposing Counsel
Lisa Madigan
Court of Appeals 7th Circuit

[signature]
P.O. Box 99  700 W Lincoln St
Pontiac Illinois 61764
Pro Se

# CERTIFICATE of SERVICE

On this Ninth day of November, 2006 I declare, Under the pains and penalties of perjury, that I served the foregoing NOTICE of Appeal, Motion for Recall legal documents upon Lisa Madigan Attorney General of Illinois all interested parties to this action by postage prepaid in Pontiac Correctional Center

Larry Young #B61456
Pontiac Correctional Center
P.O Box 99 700 w Lincoln St
Pontiac Illinois 61764

*[signature]*
11-9-06

**E-FILED**
Tuesday, 31 October, 2006 08:56:04 AM
Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS

**Larry Young**

vs.  Case Number: **03-1273**

**Blagojevich, et al.**

### ORDER

Pursuant to the **10/26/06** mandate, in appellate case number **06-3506**, from the United States Court of Appeals, Seventh Circuit **[43]**, the agency having custody of the plaintiff, **Larry Young, B01435,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 31st day of October, 2006

\_\_\_\_s/Harold A. Baker_____
HAROLD A. BAKER
U.S. District Judge