# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of IL              Docket No.: 03-1273

Division: Peoria

### *Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)*

Larry Young                                  v.     Blagojevich, et al.

---

**Current Counsel for Plaintiff (Petitioner):**      **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Larry Young, B01435 | Name: Unknown |
| Firm: Pontiac Correctional Center | Firm: |
| Address: P O Box 99 | Address: |
| Pontiac, IL  61764 | |
| Phone: (815) 842-2816 | Phone: |

---

| | |
|---|---|
| Judge: Harold A. Baker | Nature of Suit Code:  555 |
| Court Reporter: Toni Judd | Date Filed in District Court:  8/20/03 |
| | Date of Judgment: 02/15/06 |
| | Date of Notice of Appeal: 11/14/06 |

Counsel:    ___Appointed        ___Retained    _X__Pro Se

Fee Status:    ___Paid      _X__Due      ___IFP        ___IFP Pending        ___U.S.        ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**