E-FILED
Friday, 17 November, 2006  01:52:35 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

Larry Young
  vs Plaintiff

Blagojevich et al
    Defendant's

FILED
NOV 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

03-1273

## Motion For Recall Mandate

Now Comes The Plaintiff Larry Young had "been diagnosed" as Schizophrenic And Was with "Broken Arm" And was "receiving SSI (Supplemental Security income)" because of The Conditions This Federal District Court For The Central District of Illinois has jurisdiction to hear This Motion Under 42 U.S.C. §§ 401 and 405(g) Whether Plaintiff is pursing his "Conspiracy" Claim Under The Conspiracy Statute, 42 USC § 1985(3) or Under § 1983 The on going existence of a Conspiracy For purpose of depriving Plaintiff Appeal in Appellate Case Number 06-3722 from The United States Court of Appeals Seventh Circuit Procedural due process

protection are the major means of protection prisoners have from arbitrary government actions. A suit for damage Bivens Action under § 1983 that challenges the underlying order that entered November 2nd 2006 Plaintiff moves this court to recall Mandate for such other and further relief as may be "proper" And Just, in Accordance # § 1915 dismissal denovo DeWalt v Carter, 224 F.3d 607, 611-12 (7th Cir 2000) Section 1915(e) 28 U.S.C. § 2071(a) Recall to district court. See eg Cent States, S.E. & S.W. Areas Pension Fund V. Hunt Truck lines, Inc. 296 F.3d 624 628 (7th Cir 2002); Simon V Allstate Employee Group Med. Plan, 263 F.3d 656, 658 (7th Cir 2001); Bethesda Lutheran Homes and Services Inc. V Born, 328 F.3d 853 857 (7th Cir 2001)

Respectfully Submitted

[signature]

Pro Se

## Certificate of Service

On this fiftkteen-day of November 2006 I declare, under the pains and penalties of perjury, that I served the foregoing Motion to recall and Notice of Appeal document on all interested parties to this action by First Class Mail, postage prepaid by Pontiac Correctional Center. Upon Lisa Madigan Attorney General of Illinois 100 W Randolph St Chicago Illinois 60601

*Larry Young*

Larry Young #B01435
Pontiac Correctional Center
P.O Box 99 700 a Lincoln St
Pontiac Illinois 61764