UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LARRY YOUNG,
    Plaintiff,

vs.                                                                                      03-1273

ROD BLAGOJEVICH, et al.,
    Defendants.

## CASE MANAGEMENT ORDER # 6

    This cause is before the court for case management. The plaintiff has filed a motion entitled "Motion to Consolidate and Motion for Reconsideration and Motion to Reopen." [d/e 38] The plaintiff at first appears to be asking the court to take action in a Livingston County Circuit Court case. This case is not before the United States District Court and this court has no jurisdiction to take any action. The plaintiff then appears to be asking the court to reopen and then consolidate two of his closed federal court cases: *Young v. Gruber*, 02-1408, and *Young v. Birkel*, 03-1362. This is not a proper motion and is denied.

    The plaintiff has filed two more motions on November 14, 2006 and November 17, 2006, both of which ask the court to "recall a mandate." [d/e 47, 50] The plaintiff is asking the court to "recall" an order of the United States Court of Appeals for the Seventh Circuit. The motions are improper and the district court has no jurisdiction over the appellate court. The motions are denied.

    The plaintiff is advised that the United States Court of Appeals for the Seventh Circuit has ordered the clerks of all federal courts to "return unfiled any papers submitted either directly or indirectly by or on behalf of appellant Larry Young." *Young v. Pierce,* Appeal No. 06-1398. The plaintiff must first pay all outstanding fees in all civil actions he has filed. This court will no longer accept filings by this plaintiff until he has met this requirement.

    **IT IS THEREFORE ORDERED that:**

    **1) The plaintiff's "Motion to Consolidate and Motion for Reconsideration and Motion to Reopen" is denied. [d/e 38]**

    **2) The plaintiff's motions to recall a mandate are denied. [d/e 47, 50]**

Enter this _____ day of November, 2006.

                        s\Harold A. Baker
        _____
                        HAROLD A. BAKER
                UNITED STATES DISTRICT JUDGE